# <u>EXHIBIT A</u>

Specialty Networks
PO Box 480149
Niles, IL 60714

J 202908 T556 P1 13 ********************AUTO**5-DIGIT 37406
Daniel Smith
1003 E Dallas Rd
Chattanooga, TN 37405-2208

Enrollment Code: FCTYN6WAAE

To Enroll, Scan the QR Code Below:

SCAN ME

Or Visit:
https://app.idx.us/account-creation/protect

August 15, 2024

**Re: Notice of Data Security Incident**

Dear Daniel Smith:

Specialty Networks, Inc. ("Specialty Networks") is writing to inform you of a data security incident that may have affected your personal and/or protected health information. Specialty Networks provides radiology information systems, digital transcription services, and Enterprise Practice Management solutions for medical facilities, including Prime Imaging. At Specialty Networks, we take the privacy and security of all patient information within our possession very seriously. That is why we are notifying you of the incident, providing you with steps you can take to help protect your personal information, and offering you the opportunity to enroll in complimentary credit monitoring and identity protection services.

**What Happened.** On December 18, 2023, Specialty Networks became aware of unusual activity in our network. Upon discovering this activity, we immediately took steps to secure the network and engaged a digital forensics and incident response firm to conduct an investigation to determine what happened and whether any data within our environment may have been impacted. The investigation revealed that on or around December 11, 2023, an unauthorized actor acquired certain data stored within our systems. Specialty Networks then undertook a comprehensive review of the potentially impacted data and, on May 31, 2024, determined that your personal and/or protected health information may have been involved. We then worked to verify the affected information and mailing addresses for impacted individuals to ensure we had the most up to date contact information. On June 12, 2024, Specialty Networks notified Prime Imaging regarding this incident. On June 25, 2024, Prime Imaging directed us to provide you with notice of this incident.

**What Information Was Involved.** Your personal and protected health information that may have been involved in the incident included: name, date of birth, driver's license number, Social Security number, medical record number, treatment and condition information, diagnoses, medications, and health insurance information.

**What We Are Doing.** As soon as Specialty Networks discovered the incident, we took the steps described above and implemented additional measures to enhance our network security and minimize the risk of a similar incident occurring in the future. Specialty Networks also reported the incident to the Federal Bureau of Investigation and will cooperate with any resulting investigation to hold the perpetrator(s) accountable.

Additionally, to help relieve concerns and to help protect your identity following this incident, Specialty Networks is offering you 12 months of complimentary credit monitoring and identity monitoring services through IDX, a global leader in risk mitigation and response. Your services include credit and CyberScan dark web monitoring, a