UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| DANIEL SMITH, *et. al.*, | ) |
| | ) |
| *Plaintiffs,* | ) Case No.: 1:24-cv-286 |
| | ) |
| v. | ) Judge Curtis L. Collier |
| | ) Magistrate Judge Christopher H. Steger |
| SPECIALTY NETWORKS LLC, *et. al.*, | ) |
| | ) |
| *Defendants.* | ) |

## **O R D E R**

Before the Court is a joint motion by Plaintiffs and Defendants for leave to appear remotely at the final approval and fairness hearing currently scheduled on Thursday, November 13, 2025, "due to potential travel issues for counsel, related to the ongoing federal government shutdown." (Doc. 51 at 1.) The parties note that the Federal Aviation Administration issued an emergency order limiting domestic flights, which will likely cause thousands of flights to be cancelled or delayed according to media reports. (*Id*.) The parties represent "counsel for Defendants will be flying to Chattanooga from Philadelphia, for which there are limited and no direct flight options." (*Id*. at 1–2.)

In light of the travel concerns resulting from the government shutdown, the Court will **CONTINUE** the final approval and fairness hearing to **Thursday, December 4, 2025, at 2:00 p.m. Eastern Time** at the federal courthouse in Chattanooga, Tennessee.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**